

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 301ST JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 6th day of November, 2017, the cause on appeal to revise or reverse the judgment between

IN THE INTEREST OF G.N.M., A CHILD,

No. 05-16-00805-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-17972.
Opinion delivered by Justice Whitehill.
Justices Francis and Myers participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee Brigette Cox recover her costs of this appeal from appellant Gregory Neal McSwain.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

_____
LISA MATZ, Clerk